**Order entered October 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01469-CV

---

### CRESENCIO BASTIDA, Appellant

### V.

### RICHARD AZNARAN, INDIVIDUALLY, AND RICHARD AZNARAN D/B/A THE HATTON RANCH, Appellees

---

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-02287-06

---

## ORDER

The Court has before it appellant's October 2, 2013 motion for an extension of time to file appellant's reply brief.  The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by October 18, 2013.

/s/      ELIZABETH LANG-MIERS
        JUSTICE